# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
cklee@leelitigation.com

May 4, 2018

**Via ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Escobar, et al. v. Pret A Manger (USA) Limited, et al.*
      Case No. 17-CV-5227 (VSB)

Dear Judge Broderick:

  We are counsel for Plaintiffs in the above-referenced matter. We write, jointly with counsel for Defendant Pret A Manger (USA) Limited, to inform the Court that, following the mediation on May 2, 2018, the parties have reached a contemplated class and collective settlement in principle and are in the process of finalizing the settlement documents. Plaintiffs respectfully request until June 15, 2018 to file their motion for preliminary approval. In addition, the parties respectfully request that the status conference scheduled for May 18, 2018 at 2:30 p.m. be adjourned *sine die*.

  We thank the Court for its time and consideration.

Respectfully submitted,

*C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF