# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
　　　　　　　　　　cklee@leelitigation.com

May 4, 2018

**<u>Via ECF</u>**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Escobar, et al. v. Pret A Manger (USA) Limited, et al.*
       <u>Case No. 17-CV-5227 (VSB)</u>

Dear Judge Parker:

  We are counsel for Plaintiffs in the above-referenced matter. We write, jointly with counsel for Defendant Pret A Manger (USA) Limited, to inform the Court that, following a private mediation on May 2, 2018, the parties have reached a contemplated class and collective settlement in principle. Therefore, the parties respectfully request that the telephone settlement status conference scheduled for May 8, 2018 at 4:00 p.m. be adjourned *sine die*.

  We thank the Court for its time and consideration.

Respectfully submitted,

*<u>C.K. Lee          </u>*
C.K. Lee, Esq.

cc: all parties via ECF