# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
　　　　　　　　　cklee@leelitigation.com

June 15, 2018

**Via ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　　Re:   *Escobar, et al. v. Pret A Manger (USA) Limited, et al.*
　　　　　　　　Case No. 17-CV-5227 (VSB)

Dear Judge Broderick:

　　　We are counsel to Plaintiffs in the above-captioned matter and write, on consent of Defendant, in response to the Court's Order dated May 18, 2018 requesting that the parties file a 3-page letter motion explaining why their settlement is fair and reasonable pursuant to the Fair Labor Standards Act ("FLSA"). The parties' proposed settlement is a class settlement pursuant to Federal Rule of Civil Procedure 23 and also releases FLSA claims on behalf of the class. Accordingly, Plaintiffs respectfully request permission to file a formal motion for preliminary approval, memorandum of law in support of their motion, and other supporting papers in lieu of a 3-page letter motion. Plaintiffs anticipate that their memorandum of law will be no longer than the 25 pages permitted by the local rules and Your Honor's Individual Rules and Practices.

　　　We thank the Court for its time and consideration.

Respectfully submitted,

*C.K. Lee*
C.K. Lee, Esq.

cc:　　all parties via ECF