UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
ANTHONY ESCOBAR, TONAKIA MOSHA EVANS, and DIANNA ABRAMOVA, on behalf of themselves, FLSA Collective Plaintiffs and the Class,

                   Plaintiffs,

v.

PRET A MANGER (USA) LIMITED, and JOHN DOE CORPORATIONS 1-100,

                   Defendants.
------------------------------------------------------- x

17-CV-05227 (VSB)

**ECF Case**

## NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, FINAL CLASS CERTIFICATION AND COLLECTIVE ACTION DESIGNATION, AND APPROVAL OF THE CLASS AND INDIVIDUAL RELEASES

PLEASE TAKE NOTICE THAT, at 10:30 a.m. on February 12, 2019, for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement, Final Class Certification and Collective Action Designation, and Approval of the Class and Individual Releases ("Plaintiffs' Motion for Final Approval"), in the Declaration of C.K. Lee in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement, Final Class Certification and Collective Action Designation, and Approval of the Class and Individual Releases ("Lee Decl."), and the supporting exhibits attached thereto, Plaintiffs will move this Court for an Order:

    1.    Granting final approval of the Global Settlement Agreement, attached as Exhibit 1 to the Lee Decl.

2. Granting final certification to the following class under Federal Rule of Procedure 23(a) and (b)(3) and final collective action designation under 29 U.S.C. § 216(b) for settlement purposes only:

> *All current and former employees of Pret who worked for Pret in New York in a Covered Position (as a team member, team member star, barista, team member trainer, kitchen team leader, shop team leader, team leader, assistant manager, assistant manager-in-training, manager-in-training or any other hourly non-exempt store-based position) at any time from March 29, 2014 to October 18, 2018.*

3. Approving the class release and individual releases for Plaintiffs and Declarant Steven Wilson; and

4. Confirming as final the appointment of C.K. Lee of Lee Litigation Group, PLLC as Class Counsel and Plaintiffs as the Class Representatives, and approving the form and manner of notice distribution and the reserve set aside for the costs of claims administration.

5. Granting any other relief as the Court deems just and proper.

\*   \*   \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, and a Proposed Final Judgment, attached hereto as **Exhibit B**, for the Court's convenience.

Dated: January 28, 2019

    New York, New York

                    Respectfully submitted,
                    LEE LITIGATION GROUP, PLLC
                    C.K. Lee (CL 4086)
                    Anne Seelig (AS 3976)
                    30 East 39th Street, Second Floor
                    New York, NY 10016
                    Tel.: 212-465-1188
                    Fax: 212-465-1181
                    *Attorneys for Plaintiffs, FLSA Collective*
                    *Plaintiffs and the Class members*

          By:    */s/ C.K. Lee*
                  C.K. Lee (CL 4086)