IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY ESCOBAR, TONAKIA MOSHA EVANS, and DIANNA ABRAMOVA, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRET A MANGER (USA) LIMITED, and JOHN DOE CORPORATIONS 1-100,<br><br>Defendants. | Case No.: 17 CV 05227<br><br>Broderick, J.<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order awarding Class Counsel $291,666 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $5,302.37, to be paid from the Settlement Fund.

Dated: January 28, 2019

                    Respectfully submitted,

                    LEE LITIGATION GROUP, PLLC

                    By: /s/ C.K. Lee
                    C.K. Lee (CL 4086)
                    30 East 39th Street, Second Floor
                    New York, NY 10016
                    Tel.: 212-465-1188
                    Fax: 212-465-1181
                    ***Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class***